**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Antoin Thurman, ) | No. CV-12-02623-PHX-FJM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Glendale Police Department, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

This is a civil rights action by a prisoner under 42 U.S.C. § 1983. We have before us a report and recommendation by a United States Magistrate Judge recommending that this action be dismissed without prejudice pursuant to Rule 41(b), Fed. R. Civ. P., for plaintiff's failure to comply with court orders and to prosecute this case. Plaintiff did not object to the report and recommendation and the time for doing so has expired.

Therefore, pursuant to Rule 72(b), Fed. R. Civ. P., we accept the recommended disposition of the Magistrate Judge.

**IT IS ORDERED DISMISSING** this action without prejudice pursuant to Rule 41(b), Fed. R. Civ. P.

DATED this 30th day of December, 2013.

*Frederick J. Martone*

Frederick J. Martone
Senior United States District Judge